**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JOSE WILSON ALVES DE MIRANDA,

Petitioner,

v.

ANTONE MONIZ, et al.,

Defendant.

Case No. 1:26-cv-12865-BEM

**PETITIONERS APPLICATION FOR FEES AND COSTS**
**PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, Petitioner Jose Wilson Alves de Miranda respectfully requests that the Court award him attorney's fees and litigation costs. Mr. Alves de Miranda is eligible for the requested award because he is a "prevailing party" in the above-captioned civil action brought against an agent of the United States of America, he is an individual whose net worth did not exceed $2,000,000 at the time he filed such action, and the agency's position in the above-captioned civil action was not substantially justified. The award requested is proper as the amount of time spent and expenses incurred by Mr. Alves de Miranda's counsel in pursuing the above-captioned civil action were reasonable. Based on the foregoing, as well as accompanying **Memorandum of Law** and **Exhibits 1-7** filed herewith, Mr. Alves de Miranda asks that the Court grant this timely application and order Respondents to pay the requested attorney's fees and associated costs in the amount of **$4,141.71**.

*Respectfully submitted*,

JOSE WILSON ALVES DE MIRANDA

*By his attorneys*,

/s/ Carl Hurvich /s/
Carl Hurvich, Esq.
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
(617) 245-8090
carl@brookslawfirm.com
MA B.B.O. 698179

**CERTIFICATE OF CONFERRAL**

I hereby certify that on October 7, 2026, I attempted in good faith to confer with attorneys for Respondents to resolve or narrow the issues present in this instant Application. Following conversations, Respondents opposed the Application.

/s/ Carl Hurvich

October 7, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, the foregoing Application and exhibits specifically referenced therein were electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to the registered participants, including counsel for Respondents.

/s/ Carl Hurvich

October 7, 2026